### JAMES J. DiPIETRO

*Attorney at Law*

186 JORALEMON STREET
BROOKLYN, NEW YORK 11201

(718) 875-4207
FAX (718) 875-1717
JJD25ESQ@aol.com

September 17, 2012

The Honorable Jack B. Weinstein
United States District Court
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

**BY ECF**

Re: <u>U.S. v. Stefano Lombardo</u>
11-CR-414 (S-2)-01 (JBW)
**Motion To Set Aside Judgment**

Dear Judge Weinstein,

Both the government and counsel for Mr. Lombardo are requesting a "stay" of the defendant's present motion seeking to set aside his judgment, pending the outcome of the government's appeal to the Second Circuit in co-defendant <u>U.S. v. DiCristina</u>'s case.

Both AUSA Roger Burlingame and Marisa Seifan along with defense counsel agree that a stay of the defendant's present motion pending the Circuit's decision in <u>DiCristina</u> will conserve substantial judicial resources while at the same time preserving the present motion before this Court.

In conclusion both the government and defense counsel are respectfully seeking a "stay" of the defendant's present motion to set aside his judgment pending the outcome of the Second Circuit's ruling on the question of law presented in <u>U.S. v. DiCristina</u>.

Respectfully submitted,

James J. DiPietro
Counsel for Stefano Lombardo

cc: AUSA Roger Burlingame (by ECF)
    AUSA Marisa Seifan (by ECF)

**SO ORDERED:**

Dated: September:      , 2012

_____
**HONORABLE JACK B. WEINSTEIN**